# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SARAH A. TABER, | § § | |
| Plaintiff, | § § | Case Action No. 2:24-cv-149 |
| vs. | § § § | JURY DEMAND |
| LOWE'S HOME CENTERS, LLC., | § § § | |
| Defendant. | § § | |

## NOTICE OF REMOVAL

Comes now the Defendant, Lowe's Home Centers, LLC (hereinafter "Lowe's"), by and through its undersigned counsel, pursuant to 28 U.S.C. Section 1441, et seq., and respectfully removes the above-styled cause of action to Federal Court as follows:

1. The above-styled cause of action was commenced by Plaintiff filing a Complaint on or about July 16, 2024 in the Circuit Court of Washington County, Tennessee. A copy of the Plaintiff's Complaint in that action is attached to this Notice as **Exhibit 1**. Lowe's was served on July 22, 2024; less than thirty (30) days prior to filing this Notice. A copy of the Summons and Notice of Service of Process is attached as **Exhibit 2**.

2. In the Complaint, Plaintiff asserts a liability claim for civil damages against Lowe's. Plaintiff Sarah A. Taber alleges she slipped and fell on a wet substance while shopping at Lowe's. The Plaintiff alleges Lowe's was negligent in its conduct. In her Complaint, Plaintiff seeks compensatory damages from the Defendant in the amount of Two Hundred Fifty Thousand dollars ($250,000.00).

3. At the time of the commencement of this action, Plaintiff was, and is now believed and alleged to be a citizen and resident of Tennessee. The sole member of the proper Defendant,

Lowe's Home Centers, LLC, is a North Carolina Limited Liability Company doing business in the State of Tennessee.

4. As a result of the complete diversity of citizenship of the parties, and the fact that Plaintiff has sued Lowe's in the amount, exclusive of interest and costs, exceeding $75,000.00, Lowe's submits that pursuant to 28 U.S.C. Section 1441, et seq., it is entitled to have this action removed to this Honorable Court.

5. Less than thirty (30) days have elapsed since Lowe's was served with a Summons and a copy of the Complaint in the above-styled cause of action.

WHEREFORE, Lowe's hereby removes the above-styled cause of action from the Circuit Court for Washington County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Northern Division.

Respectfully submitted this 15th day of August, 2024.

s\Isaac W. Westling
Clint J. Woodfin, BPR# 016346
Isaac W. Westling, BPR# 039416
Attorneys for Defendant
800 South Gay Street, Suite 1400
Knoxville, Tennessee 37929
(865) 673-8516 (Office)
(865) 673-8972 (Fax)

## CERTIFICATE OF SERVICE

       I hereby certify that on August 15, 2024 the Clerk of Court was requested to file a copy of the foregoing Notice. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                               s\Isaac W. Westling
                                               Isaac W. Westling