UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| SARAH TABER, | ) |
| Plaintiff, | ) 2:24-CV-00149-DCLC-CRW |
| vs. | ) |
| LOWE'S HOME CENTERS, LLC, | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court to consider the Order and Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 26]. In the R&R, the magistrate judge granted the portion of Defendant's Motion for Sanctions [Doc. 17] requesting an award of attorneys' fees and costs and recommended that the remaining request for sanctions by Defendant be denied. The parties did not file objections to the R&R.[1] *See* Fed.R.Civ.P. 72(b). The magistrate judge taxed attorney's fees in the amount of $2,075.00 to attorney Christopher Raines, III only and not to Plaintiff individually and recommended that the Court deny Defendant's motion to dismiss the case as an additional sanction for failure to comply with discovery.

Given that there are no objections to the Order or the R&R, and after thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 26] is **ADOPTED**, and Defendant's remaining request for dismissal of the complaint as additional sanctions is **DENIED**. Attorney

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

Christopher Raines, III is taxed personally with $2,075.00 payable to Defendant as sanctions as outlined in the magistrate judge's order.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge